IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEMETRUIS LERONE SPRINGS,

        Plaintiff,

vs.                                  CASE NO. 5:09cv155/RS-AK

TANNER SKETO,

        Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 5). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Plaintiff's Complaint (Doc. 1) is dismissed as frivolous.

3. The clerk of this court is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) and constitutes the third strike.

4. The clerk is directed to close the file.

**ORDERED** on July 2, 2009.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**